PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BORIS E. LOPEZ MONTENEGRO <br><br> Defendant. | Case No. 1:24-po-00145-SAB <br><br> [Citation #F5444872 CA/42] <br><br> JOINT MOTION TO RECALL WARRANT AND WITHDRAW WARRANT FEE; AND ORDER. <br><br> CVB Hearing:  November 21, 2024 |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and the Office of the Federal Defender, by and through Heather Williams, Federal Defender, and Laura Myers, Assistant Federal Defender, hereby request that any outstanding warrant against Defendant, Boris E. LopezMontenegro, be recalled and that the associated $100 warrant fee be withdrawn, in the interest of justice.

On September 1, 2024, Defendant, received a citation (#F5444872 CA/42) for violation of 36 C.F.R. § 261.52(a), to wit: building, maintaining, attending, or using a fire, campfire, or stove fire. (see Attachment 1, attached hereto, and incorporated herein by reference).

This matter was set for an initial appearance on November 21, 2024, at 9:00 a.m., in Courtroom 9, before the Honorable Magistrate Judge Stanley A. Boone.

On November 19, 2024, Defendant paid Citation #F544872 through the Central Violations Bureau (CVB) website, in the amount of $380.00, (see Attachment 2, attached hereto, and incorporated herein by reference showing Pay.Gov Tracking ID: 27JD51U7).  Since Defendant forfeited collateral on November 19, 2024, he did not appear at the initial appearance on November 21, 2024.  When the payment was made to CVB, Defendant inadvertently set forth an incorrect Citation number (F544872) instead of the correct Citation number of F5444872.  As such, the collateral forfeiture was not properly applied to his Citation and a warrant was issued on November 27, 2024, for Defendant's failure to appear on November 21, 2024.

Upon realizing the error in application of the fine to the incorrect Citation number of F544872, Defendant contacted CVB and requested the appropriate collateral forfeiture be applied to the correct Citation number of F5444872.  CVB confirmed that the payment was transferred to Defendant's account (see Attachment 3, attached hereto, and incorporated herein by reference).  CVB informed Defendant that the account remains open due to the additional $100 fine for the failure to appear and that an NEF workaround is required from the Court to close out he account with a zero balance (see Attachment 3). Considering the foregoing circumstances, the parties hereby respectfully request that any outstanding warrant against Defendant, Boris E. LopezMontenegro, be recalled and that the associated $100 warrant fee be withdrawn, in the interest of justice.

DATED: January 7, 2025                          Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                        United States Attorney

                                                   By:    /s/ *Jeffrey A. Spivak*
                                                        JEFFREY A. SPIVAK
                                                        Assistant United States Attorney

DATED: January 7, 2025                          Respectfully submitted,

                                                          HEATHER WILLIAMS
                                                        Federal Defender

                                                 By:    /s/ *Laura Myers*
                                                        LAURA MYERS
                                                        Assistant Federal Defender

**O R D E R**

IT IS HEREBY ORDERED that warrant against Defendant, Boris E. Lopez Montenegro, be recalled and that the associated $100 warrant fee be withdrawn, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 8, 2025**__

STANLEY A. BOONE
United States Magistrate Judge